UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 4:26-CR-00013 |
| v. | (Chief Judge Brann) |
| BRAD DANIEL SWINK,<br>            Defendant. | |

INDICTMENT

THE GRAND JURY CHARGES:

FILED
SCRANTON

FEB 03 2026

PER_____
        DEPUTY CLERK

COUNT 1
18 U.S.C. § 2252(a)(2)
(Distribution of Child Pornography)

On or about January 27, 2023, in Bradford County, in the Middle District of Pennsylvania, the defendant,

BRAD DANIEL SWINK,

did knowingly distribute visual depictions using any means and facility of interstate and foreign commerce, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and such depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 2252(a)(2)
(Receipt of Child Pornography)

On or about July 1, 2023, in Bradford County, in the Middle District of Pennsylvania, the defendant,

**BRAD DANIEL SWINK,**

did knowingly receive visual depictions using any means and facility of interstate and foreign commerce, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and such depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. § 2252(a)(2)
(Receipt of Child Pornography)

On or about March 31, 2024, in Bradford County, in the Middle District of Pennsylvania, the defendant,

**BRAD DANIEL SWINK,**

did knowingly receive visual depictions using any means and facility of interstate and foreign commerce, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and such depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

THE GRAND JURY FURTHER CHARGES:

### COUNT 4
18 U.S.C. § 2252(a)(2)
(Receipt of Child Pornography)

On or about April 5, 2024, in Bradford County, in the Middle District of Pennsylvania, the defendant,

**BRAD DANIEL SWINK,**

did knowingly receive visual depictions using any means and facility of interstate and foreign commerce, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and such depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 5
18 U.S.C. §§ 2251(a) and (e)
(Production of Child Pornography)

On or about April 10, 2025, in Bradford County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### BRAD DANIEL SWINK,

did employ, use, persuade, induce, entice, and coerce a minor, F.R., to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct and transmitting a live visual depiction of such conduct, and such visual depictions were transmitted using any means and facility of interstate commerce and in and affecting interstate commerce, and were produced and transmitted using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

## COUNT 6
18 U.S.C. § 2252(a)(2)
(Possession of Child Pornography)

Between in or about January 2023, to in or about April 2025, in Bradford County, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### BRAD DANIEL SWINK,

did knowingly possess one or more matters which contained visual depictions of a minor, including a minor under the age of 12, engaged in sexually explicit conduct, the production of which involved the use of a minor, including a minor under the age of 12 years old, engaging in sexually explicit conduct, which had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B)

and (b)(2).

A TRUE BILL

BRIAN D. MILLER
United States Attorney

███████████
FOREPERSON

*[signature]*
ALISAN V. MARTIN
Assistant United States Attorney

February 3, 2026
Date